**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

■ Eighth _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Eldred E. Redmon     JOINT DEBTOR: _____     CASE NO.: 20-18085-LMI

SS#: xxx-xx- 2318            SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ■ Included | ☐ Not included |
| Nonstandard provisions, set out in Section IX | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $651.61 for months 1 to 6 ;
2. $577.77 for months 7 to 30 ;
3. $817.97 for months 31 to 59 ;
4. $44,716.11 for months 60 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**  ☐ NONE   ☐ PRO BONO

| Total Fees: | $4,568.47 | Total Paid: | $350.00 | Balance Due: | $4,218.47 |
|---|---|---|---|---|---|
| Payable | $230.52 | /month (Months 1 to 6 ) | | | |
| Payable | $118.14 | /month (Months 7 to 30 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
First Attorney Yevgeniy Feldman - $4,568.47 (discounted $2,500.00 from original total of $7,068.47 based on $4,500.00 case, $150.00 costs, $310.00 filing fee, $8.47 credit report, $25.00 credit counseling, $1,550.00 2 motions to value real property, and $525.00 motion avoid lien)

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

| Total Fees: | $2,500.00 | Total Paid: | $1,200.00 | Balance Due: | $1,300.00 |
|---|---|---|---|---|---|
| Payable | $54.17 | /month (Months 7 to 30 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Substitute Debtor Attorney Jordan E. Bublick

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

III. **TREATMENT OF SECURED CLAIMS**  ☐ NONE

   A. **SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Villa Francine Homeowners' Association, Inc.

   Address: c/o Associated Solutinos Group
   25 S. Federal Highway, Suite 286
   Deerfield Beach, FL 33441

   Arrearage/ Payoff on Petition Date: $0.00
   Regular Payment (Maintain): $248.00 /month (Months 1 to 60)

   Last 4 Digits of Account No.: 2766

   Other:

   ■ Real Property
     ■ Principal Residence
     ☐ Other Real Property

   Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

   Address of Collateral:
   2766 N.W. 131st St., Opa Locka, Florida

   ☐ Personal Property/Vehicle
   Description of Collateral:

2. Creditor: Gulf Group Holdings Acquisitions & Applications, Inc.

   Address: 18305 Biscayne Blvd., Suite 400
   Aventura, FL 33160

   Arrearage/ Payoff on Petition Date: $31,823.41 [$48,486.33 including interest at 18%]
   Payoff (Including 18.0% monthly interest): $50.00 /month (Months 1 to 6)
   Payoff (Including 18.0% monthly interest): $41.76 /month (Months 7 to 30)
   Payoff (Including 18.0% monthly interest): $363.58 /month (Months 31 to 59)
   Payoff (Including 18.0% monthly interest): $36,640.27 /month (Months 60 to 60)

   Last 4 Digits of Account No.: 2570

   Other:

   ■ Real Property
     ■ Principal Residence
     ☐ Other Real Property

   Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

   Address of Collateral:
   2766 N.W. 131st St., Opa Locka, Florida

   ☐ Personal Property/Vehicle
   Description of Collateral:

3. Creditor: CAZ Creek Florida V, LLC

   Address: PO Box 54900
   New Orleans, LA 70154

   Arrearage/ Payoff on Petition Date: $575.65 [$877.20 including interst at .25%]
   Payoff (Including .25% monthly interest): $14.62 /month (Months 1 to 60)

   Last 4 Digits of Account No.: 2154

   Other:

■ Real Property  
　■ Principal Residence  
　☐ Other Real Property  

Check one below for Real Property:  
☐ Escrow is included in the regular payments  
☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly  

Address of Collateral:  
2766 N.W. 131st St., Opa Locka, Florida  

☐ Personal Property/Vehicle  
Description of Collateral:  

---

**4. Creditor:** Sregal Lien Processing, LLC  
Address: 75 Remittance Dr., Suite 1449  
Chicago, IL 60675-1449  

Arrearage/ Payoff on Petition Date: $542.29 [$579.60 including interest at .25%]  
Payoff (Including .25% monthly interest): $9.66 /month (Months 1 to 60)  

Last 4 Digits of Account No.: 1263  
Other:  

■ Real Property  
　■ Principal Residence  
　☐ Other Real Property  

Check one below for Real Property:  
☐ Escrow is included in the regular payments  
☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly  

Address of Collateral:  
2766 N.W. 131st St., Opa Locka, Florida  

☐ Personal Property/Vehicle  
Description of Collateral:  

---

**5. Creditor:** RP Investmenti, LLC  
Address: 460 N.E. 28th St., #1802  
Miami, FL 33137  

Arrearage/ Payoff on Petition Date: $598.70 [$686.40 including interest at .25%]  
Payoff (Including .25% monthly interest): $11.44 /month (Months 1 to 60)  

Last 4 Digits of Account No.: 3337  
Other:  

☐ Real Property  
　☐ Principal Residence  
　☐ Other Real Property  

Check one below for Real Property:  
☐ Escrow is included in the regular payments  
☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly  

Address of Collateral:  
2766 N.W. 131st St., Opa Locka, Florida  

☐ Personal Property/Vehicle  
Description of Collateral:  

---

**6. Creditor:** 5T Wealth Partner LP711278  
Address: Dept. #6200  
PO Box 830539  
Birmingham, AL 35283  

Arrearage/ Payoff on Petition Date: $727.74 [$732.60 including interest at.25%]  
Payoff (Including .25% monthly interest): $12.21 /month (Months 1 to 60)  

Last 4 Digits of Account No.: 1609

Other:

☒ Real Property
   ☒ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
2766 N.W. 131st St., Opa Locka, Florida

☐ Personal Property/Vehicle
Description of Collateral:

**B. VALUATION OF COLLATERAL:** ☒ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☐ NONE

1. Creditor: Villa Francine Homeowners' Association, Inc.
   Address: 1200 Clint Moore Rd., #8 Boca Raton, FL 33487
   Last 4 Digits of Account No.: dmon
   Real Property
   ☒ Principal Residence
   ☐ Other Real Property
   Address of Collateral:
   2766 N.W. 131st St., Opa Locka, Florida

   Value of Collateral: $99,001.00
   Amount of Creditor's Lien: $0.00
   Interest Rate: 0.00%
   Check one below:
   ☐ Escrow is included in the monthly mortgage payment listed in this section
   ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

   **Payment**
   Total paid in plan: $0.00
   $0.00 /month (Months ___ to ___)

2. Creditor: Mortgage Electronic Registration Systems, Inc.
   Address: 1818 Library St., Suite 300 Resont, VA 20190
   Last 4 Digits of Account No.:
   Real Property
   ☒ Principal Residence
   ☐ Other Real Property
   Address of Collateral:
   2766 N.W. 131st St., Opa Locka, Florida

   Value of Collateral: $99,001.00
   Amount of Creditor's Lien: $0.00
   Interest Rate: 0.00%
   Check one below:
   ☐ Escrow is included in the monthly mortgage payment listed in this section
   ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

   **Payment**
   Total paid in plan: $0.00
   $0.00 /month (Months ___ to ___)

**2. VEHICLES(S):** ☒ NONE

**3. PERSONAL PROPERTY:** ☒ NONE

**C. LIEN AVOIDANCE** ☐ NONE

☒ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

| | | | |
|---|---|---|---|
| 1. | Creditor: Arrow Financial Services, LLC | Collateral: | 2766 N.W. 131st St., Opa Locka, Florida |
| | Address: 2001 Edmund Halley Reston, VA 20191 | Exemption: | Homestead, Fla. Const. Art. X, Section 4 |
| | Last 4 Digits of Account No.: 5215 | | |

**D.  SURRENDER OF COLLATERAL:** ■ NONE

**E.  DIRECT PAYMENTS**  ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Miami-Dade County Tax Collector | 0580 | 2766 N.W. 131st St., Opa Locka, Florida |
| 2. | Deutsche Bank National Trust Co. as Tr. | 2318 | 2766 N.W. 131st St., Opa Locka, Florida |

**IV.  TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ☐ NONE

**A.  ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

**B.  INTERNAL REVENUE SERVICE:** ☐ NONE

| | | | | |
|---|---|---|---|---|
| Total Due: | $3,831.63 | Total Payment | $3,831.60 | |
| Payable: | $10.00 | /month (Months | 1 | to 59 ) |
| Payable: | $3,241.63 | /month (Months | 60 | to 60 ) |

**C.  DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

**D.  OTHER:** ■ NONE

**V.  TREATMENT OF UNSECURED NONPRIORITY CREDITORS**   ☐ NONE

A.  Pay  $66.67  /month (Months 31 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B.  ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C.  SEPARATELY CLASSIFIED:  ■ NONE

**VI.  STUDENT LOAN PROGRAM**  ■ NONE

**VII.  EXECUTORY CONTRACTS AND UNEXPIRED LEASES**  ■ NONE

**VIII.  INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**IX.  NON-STANDARD PLAN PROVISIONS**  ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Addendum to III. B. 2 - additional creditor as to second mortgage as their rights and interests may appear: Litton Loan Servicing, LP successor in interest to Fremont Investment & Loan, 4828 Loop Central Dr., #500, Houston, TX 77081

☐ Mortgage Modification Mediation

Debtor(s): Eldred E. Redmon                    Case number: 20-18085-LMI

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| Eldred E. Redmon | | | |

| /s/ Jordan E. Bublick, Esq. | 10/12/21 |
|---|---|
| Attorney with permission to sign on Debtor(s)' behalf | Date |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

LF-31 (rev. 06/04/21)                    Page 6 of 6